JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.24.14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

      Plaintiff,

vs.

JEFF BEARD, et al.,

      Defendants.

Case No. EDCV 13-1211-BRO (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9.23.14

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE